UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

UNITED STATES OF AMERICA,

                                                    Plaintiff,

     **-v.-**

                                           Civil Action No.
                                        1:08-m-51 (GLS/DRH)

DIANE FERETTI,


                                           Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                         OF COUNSEL:

**FOR THE GOVERNMENT:**

HON. ANDREW T. BAXTER         EDWARD P. GROGAN, ESQ.
United State Attorney for the       Assistant United States Attorney
  Northern District of New York
Room 231
James T. Foley U.S. Courthouse
Albany, New York 12207-2924

**FOR THE DEFENDANT:**

HON. ALEXANDER BUNIN          TIMOTHY E. AUSTIN, ESQ.
Federal Public Defender for the    Assistant Federal Public Defender
  Northern District of New York
39 North Pearl Street
Fifth Floor
Albany, New York 12207


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed July 6, 2009. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed[1], and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed July 6, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the government's motion for an order authorizing the involuntary medication of Ferretti to restore her to competence (Dkt. No. 16) is DENIED, and it is further

ORDERED, that the Clerk of the Court is to attach a copy of the Report-Recommendation to this Order, and it is further

---

[1] The government filed a letter on July 27, 2009 informing the court that the government will not be submitting written objections to the Report-Recommendation and Order. *See Dkt. No. 32.*

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties.

IT IS SO ORDERED

Dated:   December 2, 2009
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge